IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BELINDA GRAY, | ) | CASE NO. 1:15-cv-01521 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A POLSTER |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED ORDER** |
| THE NORD CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     This matter is before the Court on the Parties' Joint Motion for Approval of Confidential Settlement ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Confidential Settlement Agreement and General Release ("Release") attached to the Joint Motion as Exhibit A.

     Having reviewed the Joint Motion, the Release, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order approving the Settlement, and the Release as follows:

     1.    The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. § 201 *et seq.*, on behalf of Plaintiff Belinda Gray.

     2.    The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Settlement Agreement and Release and orders that the Settlement be implemented according to the terms and conditions thereof.

**SO ORDERED:**

Date:   10/2/14                   /s/Dan Aaron Polster
                                  DAN A POLSTER
                                  United States District Judge

**SO STIPULATED:**

Respectfully submitted,

*/s/ David W. Neel*
David W. Neel  #0033611
DAVID W. NEEL, LLC

16781 Chagrin Boulevard
Shaker Heights, OH  44120
T:  (216) 522-0011
F:  (844) 548-3570
dwneel@neellaw.com

*Counsel for Plaintiff*

*/s/ Stephen P. Bond*
Stephen P. Bond  (#0000344)
BROUSE McDOWELL
5321 Meadow Lane Court, Suite 7
Sheffield Village, Ohio  44035
440-934-8110
440-934-8115[fax]
sbond@brouse.com

*Counsel for Defendant*