IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BELINDA GRAY, | ) | CASE NO. 1:15-cv-01521 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A POLSTER |
| | ) | |
| vs. | ) | |
| | ) | |
| THE NORD CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Belinda Gray and Defendant The Nord Center hereby stipulate and agree that the above-captioned action is dismissed in its entirety with prejudice at Defendant's costs.

Respectfully submitted,

| | |
|---|---|
| __*/s/ David W. Neel*__ | */s/ Stephen P. Bond* |
| David W. Neel, Esq. (#0033611) | Stephen P. Bond, Esq. (#0000344) |
| David W. Neel, LLC | Brouse McDowell |
| 16781 Chagrin Blvd. | 5321 Meadow Lane Court, Suite 7 |
| Shaker Heights, Ohio 44120 | Sheffield Village, Ohio 44035 |
| Telephone: (216) 522-0011 | Telephone: (440) 934-8110 |
| Facsimile: (844) 548-3570 | Facsimile: (440) 934-8115 |
| dwneel@neellaw.com | sbond@brouse.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: October 2, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2015, I electronically filed the foregoing Stipulation of Dismissal With Prejudice. All parties and counsel of record will receive service of this filing through the Court's electronic filing system and may access the filing through the Court's system.

                                        */s/ Stephen P. Bond*
                                        Stephen P. Bond