IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BELINDA GRAY, | ) | CASE NO. 1:15-cv-01521 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A POLSTER |
| | ) | |
| vs. | ) | |
| | ) | |
| THE NORD CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Belinda Gray and Defendant The Nord Center hereby stipulate and agree that the above-captioned action is dismissed in its entirety with prejudice at Defendant's costs.

Respectfully submitted,

| | |
|---|---|
| */s/ David W. Neel* | */s/ Stephen P. Bond* |
| David W. Neel, Esq. (#0033611) | Stephen P. Bond, Esq. (#0000344) |
| David W. Neel, LLC | Brouse McDowell |
| 16781 Chagrin Blvd. | 5321 Meadow Lane Court, Suite 7 |
| Shaker Heights, Ohio 44120 | Sheffield Village, Ohio 44035 |
| Telephone: (216) 522-0011 | Telephone: (440) 934-8110 |
| Facsimile: (844) 548-3570 | Facsimile: (440) 934-8115 |
| dwneel@neellaw.com | sbond@brouse.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: October 2, 2015

So ordered.  /s/Dan aaron Polster 10/5/15